# DEFENDANT EXHIBIT 1



Form CA 1-A: Notice and Acknowledge for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CRUM, DAVID HALL
_____
*Plaintiff(s)*

v.    Case No: 2018 CA 000400 B

TAYLOR, PETER V.
_____
*Defendant(s)*

### NOTICE

To (insert name and address of the party to be served):
TAYLOR, PETER V.
555 4th St. NW
WASHINGTON, DC 20530

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 01/24/2018

Norman Barnett
Deputy Clerk

*Signature*

JAN 2 4 2018

*Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____    _____    _____
*Signature*                         *Relationship to Defendant/Authority*   *Date of Signature*
                                    *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828    ᏣᎳᎩ ᏗᎧᏁᎢᏍᏗ (202) 879-4828 ᏗᎧᏁᎢᏍᏗ    번역을 원하시면, (202) 879-4828 로 전화주십시오

Case 1:18-cv-00337   Document 1-2   Filed 02/13/18   Page 3 of 10



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

DAVID HALL CRUM
Vs.                                                                     C.A. No.        2018 CA 000400 B
PETER V. TAYLOR

# INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                                                        Chief Judge Robert E. Morin

Case Assigned to: Judge WILLIAM M JACKSON
Date:   January 22, 2018
Initial Conference: 9:30 am, Friday, April 27, 2018
Location:  Courtroom 219
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001

                                                                                          CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CAIO-60

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_David Hall Crum_ _____
Plaintiff

vs.

_Peter V. Taylor_ _____
Defendant

Case Number __18 - 0 0 0 0 4 0 0__

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_David H. Crum, Pro-se_
Name of Plaintiff's Attorney

_211 Tennessee Ave. N.E._
Address
_Apt. 6 Wash. D.C. 20002_

_202/702-0194_
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _1/22/2018_

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                                                  Super. Ct. Civ. R. 4

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

David Hall Crum
211 Tennessee Ave. N.E. apt. 6
Wash. D.C. 20002

*Plaintiff*

vs.

Peter V. Taylor = Asst. U.S. Attorney;
555 Fourth St. N.W.
Wash. D.C. (20530)

*Defendants*

RECEIVED
CIVIL ACTIONS BRANCH
JAN 22 2018
Superior Court
of the District of Columbia
Washington, D.C.

CIVIL ACTION NO. 18-0000400

**COMPLAINT**

Notation = The Plaintiff will amend the Civil Action - Pursuant to federal section - 1331 - to off-set, any, immunity claims, by, the Defendant, and to exhaust, the Local Remedies;

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

The Defendant knowingly and willingly slandered the Plaintiff, with a very nasty statement, in a Letter-Package, Causing Mental and physical harm, to the Plaintiff; The Defendant also, used Non-Update Record's 30 to 40, Plus, years old, for a Category History, in Direct violation, of the Constitution of The United States of America; Pursuant to (United States Supreme Court Precedent) Sellers v. Bureau of Prisons, the Plaintiff was never given a lawful Hearing, concerning the inaccuracy of the subject records;

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 100,000 with interest and costs.

Phone: 202/702-0194

DISTRICT OF COLUMBIA, SS

David H. Crum, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff) David Hall Crum                                                    Agent)

Subscribed and sworn to before me this ___22___ day of ___January___ 20_18_.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

DC 1/23/2018

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Ave., N.W., Rm—JM-170
### Washington, D.C. 20001

*Plaintiff*

vs.

Civil Action No. _____

*Defendant*

## ANSWER OF DEFENDANT

DISTRICT OF COLUMBIA, ss:

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

_____
_____
_____
_____
_____
_____
_____

And, therefore, said defendant respectfully demands that this suit be heard in open court.

| DEFENDANT: | ADDRESS: | TELEPHONE NO. |
|---|---|---|
| COPY MAILED TO: (ATTORNEY FOR PLAINTIFF) | | |

Form CV(6)-451 / Dec. 91

2-0881 wd-155

(Amended Complaint)
~~Motion~~ to Thereby Amend)

(Page - I)      (1-25-18)

FILED
CIVIL ACTIONS BRANCH
JAN 26 2018
Superior Court
of the District of Columbia
Washington, D.C.

~~Superior~~ Court of The District of Columbia:

(David Hall Crum - Plaintiff - Petitioner)

v.

(Peter V. taylor - Defendant - Prosecutor)

Case No. 2018 CA 400

(Amended Complaint)
~~Motion~~ to Thereby, Amend, The Civil Action, in Good Faith, Thereto;

A Short Legal Summary, Explaining, how, the above Named Defendant, Systematically, and Methodically, violated, the Plaintiffs, United States Civil Rights;

first, the Defendant, chose, (elected), to charge, the Plaintiff, under 22 D.C. Code, Sections 3003, 3018 (2001 ed), (the older Statute, because that's, the only way, that he could, bring the Charge, that he brought, against, the Plaintiff; that situation was Legally, inappropriate, because the new Updated Statute, automatically, Super Cedes, that old one; The Subject, New Statute, D.C. Code 22-3001, July-2016, D.C. Criminal Law and Procedure →

next Page

(Page - 3)   (1-25-18)

(Cont. from P-2)

These subject Records in question, are very, very old, and inaccurate, because, prior, to, the Closing of the D.C. Lorton, Prison System, the District of Columbia, failed, to get, the funds, from, the federal Government, to Update, thousand's of felony Records, and as a direct result, of this situation, The Plaintiff, Served, almost seven (7) years, at Beckley, West Virginia, illegally, and for nothing; This Plaintiff had, all, the files, to prove, that fact, about those Records, and he filed (3) different Habeas Corpus Writs, Citing, the U.S. Supreme Court Precedent, Sellers v. federal Bureau of Prisons, and two federal Courts, and the D.C. Superior Court, failed, to Grant a Hearing, because, they were afraid, that, the Plaintiff, would not only, create a Precedent, but thousand's of D.C. African-American, inmates, would have to be, compensated; The United States Attorney's Office, opened Pandora's box, by messing with those records, and now, the Plaintiff, can Re-file, that Case, in federal Court;

→ next Page

: Notation = The Defendant didn't have the Legal Authority, to use, those Records, for any, kind of Enhancement, and, or Criminal History;

(Page -4)    (1-25-18)

(Cont. from P.-3); The 1997 Capital Revitalization, and Self Government Improvement Act was not Retroactive; The Defendant used those Records, illegally, to try, and gain a tactical advantage, not knowing, what, he was doing, and he, never, would have thought, that, in reality, he was helping the Plaintiff, gain a tactical advantage; after, the Plaintiff, Exhausts, the Local Remedies, a federal Section - 1331, will follow, because, the Plaintiff, is very much aware, of their, so-called, immunity Claims;

Respectfully Submitted

Mr. David H. Crum
(The Plaintiff - Pro-se)

(Certificate of Service)

I, the Plaintiff, David Hall Crum, Hereby, Declare, that, I will personally, Serve, by Hand, a full True Copy, of the Motion, to Thereby Amend, The Civil Action, at The Defendants' Address, 555 fourth Street, N.W. Wash, D.C.;